IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEZMIA GRAY-ROSS,

      Appellant,

v.

CHRISTY PENNINGTON-LEE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0558

Opinion filed March 21, 2017.

An appeal from an order of the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Tezmia Gray-Ross, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.